

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Erik Mishiyev, as Personal Representative
of the Estate of Julie Leah Mishiyev,
Appellant

No. 06-24-00032-CV          v.

Deanita Ann Tamm a/k/a Dee Dee
Gutierrez, and Excel Construction Group
Commercial, Inc., Appellees

Appeal from the 17th District Court of
Tarrant County, Texas (Tr. Ct. No. 017-
340693-23).  Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Erik Mishiyev, as Personal Representative of the Estate of Julie Leah Mishiyev, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 19, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk